**Charles Eric COOK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44722.**

Missouri Court of Appeals,
Western District.

May 5, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 30, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Willard B. Bunch, John Edward Cash, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed.   Rule 84.16(b).